IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ADRIAN CORNELIUS BRANHAM,　　）
　　　　　　　　　　　　　　　）
　　　Petitioner,　　　　　　　）
　　　　　　　　　　　　　　　）
v.　　　　　　　　　　　　　　）　　CASE NO. CV109-0167
　　　　　　　　　　　　　　　）
UNITED STATES OF AMERICA,　　）
　　　　　　　　　　　　　　　）
　　　Respondent.　　　　　　　）
　　　　　　　　　　　　　　　）

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which objections have been filed (Doc. 13). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ⁿᵈ day of April 2011.

　　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA