IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ADRIAN CORNELIUS BRANHAM,

Petitioner/Appellant,

v.

Civil Action No. CV 109-167
(Underlying Criminal No. CR 107-001)
U.S.C.A. No. 14-11689-B

UNITED STATES OF AMERICA,

Respondent/Appellee.

### ORDER

The United States Court of Appeals for the Eleventh Circuit has **DENIED** the Appellant's motion for a certificate of appealability; thus terminating the appeal in this case pursuant to 28 U.S.C. § 2253. Accordingly,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is hereby made the judgment of this Court; and the appeal and all motions in this case are hereby terminated.

**ORDER ENTERED** this the 8th day of September, 2014 at Savannah, Georgia.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE